IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:22-CR-63 (WLS-TQL-1) |
| DAVONTAE DEANDRE BROWN, | : | |
| Defendant. | : | |

## ORDER

The Court intends to notice this case for the November 2023 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 2023,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this  29th   day of August, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**